This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 136
In the Matter of the Hon. Lurlyn
A. Winchester, a Justice of the
Monroe Town Court, Orange County.

           Clinton W. Calhoun, III, for Hon. Lurlyn A. Winchester.
            Robert H. Tembeckjian, for New York State Commission on Judicial Conduct.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On consideration of the continuation of this Court's June 27, 2017 suspension of Honorable Lurlyn A. Winchester from the office of Justice of Monroe Town Court, Orange County (see 29 NY3d 1044 [2017]), it is determined that the Honorable Lurlyn A. Winchester is suspended, without pay, effective immediately, from the office of Justice of Monroe Town Court, Orange County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided September 14, 2017